**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ALEX ARROYO, ID # 07043291,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:08-CV-0302-P** |
| | ) | **ECF** |
| **VIVIAN MORENO,** | ) | |
| **Defendant.** | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the Court **DENIES** Plaintiff's letter/motion to reopen this case (doc. 9).

**SIGNED this 9th day of July 2008.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**